**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| TREY SHINGLER, § | |
| *Plaintiff* § | |
| § | Case No. 3:12-cv-00819-P |
| vs. § | |
| § | |
| MICHAEL J. SCOTT, P.C., § | |
| *Defendant* § | |

## NOTICE OF SATISFACTION OF JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Notice is hereby given that judgment in this matter has been fully satisfied.

Respectfully submitted,

By: /s/ Noah D. Radbil
Noah D. Radbil
Texas Bar No. 24071015
noah.radbil@attorneysforconsumers.com
WEISBERG & MEYERS, LLC
Two Allen Center
1200 Smith Street, 16th Floor
Houston, TX 77004
Telephone:   (888) 595-9111
Facsimile:   (866) 565-1327

## CERTIFICATE OF SERVICE

I certify that on January 10, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court.

/s/  Lydia Bultemeyer
Lydia Bultemeyer